Franklin and Frances YOUNG,
*Petitioners,*

*v.*

CLACKAMAS COUNTY,
*Respondent.*

(LUBA No. 92-168; CA A78933)

851 P2d 637

Dorothy S. Cofield, Tigard, argued the cause for petitioners. With her on the brief was David B. Smith, Tigard.

Michael E. Judd, Chief Assistant County Counsel, Oregon City, argued the cause and filed the brief for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *Dority v. Clackamas County*, 115 Or App 449, 838 P2d 1103 (1992), *rev den* 315 Or 311 (1993); *Joyce v. Multnomah County*, 114 Or App 244, 835 P2d 127 (1992); *Dodd v. Hood River County*, 115 Or App 139, 836 P2d 1373, *rev allowed* 315 Or 271 (1992).